**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:07CR578-DJS |
| ) | |
| **COURTNEY COSTELLO,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on December 12, 2007 [Doc. #25], and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #25] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [Doc. #14] is denied.

Dated this ___2nd___ day of January, 2008.

                                                   /s/Donald J. Stohr
                                                 UNITED STATES DISTRICT JUDGE