UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CR00578 JCH |
| ) | |
| COURTNEY COSTELLO, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $500.00 to the surety of record.

/s/Jean C. Hamilton

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2011.

*************************************************************************

### VERIFICATION OF DEFENDANT'S STATUS
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri. I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 12th day of July, 2011.

/s/ Cynthia Kornberger
Deputy Clerk